IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| DAVID SCOTT URBANIAK | ) | CASE NO. 4-10-14010-JMM |
| AMANDA JOAN URBANIAK | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| **2** | **Discover Bank**<br>**Dfs Services LLC**<br>**PO Box 3025**<br>**New Albany, OH 43054-3025** | **$135.74** | **$3.65** |

Dated: April 15, 2011                               /s/ SJK_____
                                                    Stanley J. Kartchner, Trustee